# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES NESBY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL CUEVAS,<br><br>　　　　Respondent. | Case No. CV 22-00272-GW (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Respondent's Combined Opposition to Stay Motion and Motion to Dismiss Petition is GRANTED.

IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice because the Petition is untimely.

Date: April 24, 2023

_____
GEORGE H. WU
United States District Judge