JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES NESBY,<br><br>Petitioner,<br><br>v.<br><br>DANIEL CUEVAS,<br><br>Respondent. | Case No. CV 22-00272-GW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice because the Petition is untimely.

Date: April 24, 2023

_George H. Wu_
_____
GEORGE H. WU
United States District Judge